IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREGORY A. BARTO,  :
    Petitioner  :
                                                                                         :  No. 1:16-cv-01799
    v.  :
                                                                                        :  (Judge Kane)
MARK GARMON, et al.,  :
    Respondents  :

**ORDER**

AND NOW, on this 21st day of May 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Gregory A. Barto's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1), is **DISMISSED with prejudice**;

2. A certificate of appealability will not issue, as Barto has failed to demonstrate a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2); Miller-El v. Cockrell, 537 U.S. 322, 335-36 (2003); and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania